# EXHIBIT "A"

Travis County, Texas Central Appraisal District
records reflecting ownership by Mario A. Mata of
Residence in Travis County, Texas

## Travis CAD

## Property Search Results > 107371 MATA MARIO A & LILY C for Year 2014

### Property

#### Account

| | | | |
|---|---|---|---|
| Property ID: | 107371 | Legal Description: | ABS 14 SUR 21 HILL H P ACR .568 |
| Geographic ID: | 0109090603 | Agent Code: | |
| Type: | Real | | |
| Property Use Code: | | | |
| Property Use Description: | | | |

#### Location

| | | | |
|---|---|---|---|
| Address: | 2804 HUBBARD CIR TX 78746 | Mapsco: | 584N |
| Neighborhood: | M5000 | Map ID: | 011018 |
| Neighborhood CD: | M5000 | | |

#### Owner

| | | | |
|---|---|---|---|
| Name: | MATA MARIO A & LILY C | Owner ID: | 106290 |
| Mailing Address: | | % Ownership: | 100.0000000000% |
| | 2804 HUBBARD CIR | | |
| | AUSTIN , TX 78746-5619 | | |
| | | Exemptions: | HS |

# EXHIBIT "B"

Travis County, Texas Central Appraisal District records reflecting Map of Property owned by Mario A. Mata as his residence in Travis County, Texas



## Travis CAD - Map of Property ID 107371 for Year 2014

## Property Details

**Account**
Property ID: 107371
Geo ID: 0109090603
Type: Real
Legal Description: ABS 14 SUR 21 HILL H P ACR .568

**Location**
Situs Address: 2804 HUBBARD CIR TX 78746
Neighborhood: M5000
Mapsco: 584N
Jurisdictions: 0A, 03, 08, 11, 2J, 39

**Owner**
Owner Name: MATA MARIO A & LILY C
Mailing Address: , 2804 HUBBARD CIR, , AUSTIN, TX 78746-5619

**Property**
Appraised Value: $833,350.00

http://propaccess.traviscad.org/Map/View/Map/1/107371/2014

powered by:
**PropertyACCESS**
www.trueautomation.com

Map Disclaimer: This tax map was compiled solely for the use of TCAD. Areas depicted by these digital products are approximate, and are not necessarily accurate to mapping, surveying or engineering standards. Conclusions drawn from this information are the responsibility of the user. The TCAD makes no claims, promises or guarantees about the accuracy, completeness or adequacy of this information and expressly disclaims liability for any errors and omissions. The mapped data does not constitute a legal document.

# EXHIBIT "C"

Official Travis County, Texas records reflecting
Voter Registration Information for Mario A. Mata in
Travis County, Texas



Home    Search    Site Map    Contact Us

PROPERTIES | VOTERS | VEHICLES | QUESTIONS | NEWS | PREFERENCES

## VOTER VERIFICATION

New Voter Search   |   Search Results

### Voter Registration Information

| Voter Information | |
| --- | --- |
| Voter Unique Identification: | 1139985514 |
| Name: | MARIO A MATA |
| Effective Date of Registration: | 02/03/1984 |
| Residence Address: | 2804 HUBBARD CIR AUSTIN, TX 78746-0000 |
| Mailing Address: | 2804 HUBBARD CIR AUSTIN, TX 78746-0000 |
| Precinct: | 307 |

| Voter Districts | |
| --- | --- |
| Congressional: | G25 |
| Senatorial: | N14 |
| Legislative: | L48 |
| Commissioner: | P03 |
| Edwards Aquifer Single Member District: | Q05 |
| Justice of the Peace: | J03 |
| School District: | S04 |
| Municipal Utility District: | |
| Emergency Services District: | E09 |
| Edwards Aquifer: | Q00 |
| School Single Member District: | |
| City: | C05 |
| Capitol Metro: | |
| Library District: | L01 |
| State Board of Education: | B05 |


VOTER SEARCH


VOTER QUESTIONS


VOTER LINKS


VOTER CONTACT

©2004 Easy Access, Inc - All Rights Reserved

# EXHIBIT "D"

Page 1 of Voluntary Petition for Bankruptcy filed by
John T. Spitznagel on July 13, 2012 in the

United States Bankruptcy Court

District of New Jersey

B1 (Official Form 1) (12/11)

| **United States Bankruptcy Court**<br>**District of New Jersey** | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spitznagel, John T.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):   **xxx-xx-6724** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**419 Tidal Drive**<br>**Beach Haven (Loveladies), NJ**    ZIP CODE **08008-0000** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:  **Ocean** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this<br>box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §<br>101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for<br>Recognition of a<br>Foreign Main<br>Proceeding<br>☐ Chapter 15 Petition for<br>Recognition of a<br>Foreign Nonmain<br>Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity**<br>(Check box, if applicable.) | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or<br>against debtor is pending: | ☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C. §<br>101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or household<br>purpose."  ☒ Debts are<br>primarily business<br>debts. |

| **Filing Fee** (Check one box.) | **Check one box:**    **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed<br>application for the court's consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach<br>signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or<br>affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three<br>years thereafter).*<br>------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE<br>ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution<br>to unsecured creditors. | |

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

# EXHIBIT "E"

Unofficial Internet Copy of the Ocean County Clerk's Docket Sheet reflecting the name of the documents filed by Plaintiff in removed state case Docket L3168-13 through this date.



**COURTS PUBLIC ACCESS**

**ACMS Public Access: Case Document List**



← 🔍 🏠 🖨 ✉ ?                                    **Page: 1**

**END OF LIST**

```
     VENUE      : OCEAN        COURT : LAW CVL      DOCKET #: L    003168   13
     CASE TITLE : SPITZNAGEL VS MATA ESQ
```

| SEL | DATE FILED | | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | PTY | MUL DOC STA |
|-----|------|----|-----|-----------------|-----|------------|------|-----|-----|
| ○ | 10 | 28 | 2013 | 001 | COMP JRY DEMAND | | SPITZNAGEL | OUDA | | N |
| ○ | 10 | 31 | 2013 | 002 | MISC OTHER | | SPITZNAGEL | OUDA | | N |
| ○ | 04 | 16 | 2014 | 003 | AFFID DEL INQ | | SPITZNAGEL | OUDA | | N |
| ○ | 04 | 16 | 2014 | 004 | REQ DEFLT | | SPITZNAGEL | OUDA | | N |
| ○ | 05 | 07 | 2014 | 005 | MISC OTHER | | SPITZNAGEL | OUDA | | N |

Screen ID:CVM1023 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: HSXBPK Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 293





**ACMS Public Access: Document Detail**

```
VENUE        : OCEAN        COURT : LAW CVL      DOCKET # : L    003168   13
CASE TITLE : SPITZNAGEL VS MATA ESQ

FILING PARTY   : SPITZNAGEL           JOHN    T    MULTI-PARTY FILING : N
ATTORNEY ID    : 0049742090   NAME  : OUDA            PETER      A

TARGET PARTY   : MATA ESQ             MARIO   A    MULTI-PARTY TARGET : N

DOCUMENT TYPE   : COMP JRY DEMAND              DOCUMENT STATUS    : A
DATE FILED      : 10   28   2013              IMPOUND IND        :
PROOF/SERV DATE: 00   00   0000              NOTICE REQUEST IND: Y
                                             NON-CONFORMING     :

                                             DATE ENTERED   :   10   30   2013
                                             DTE LST MAINT :    00   00   0000
```



**ACMS Public Access: Misc Document Inquiry**





```
        VENUE      : OCEAN         COURT : LAW CVL      DOCKET # : L    003168  13
        CASE TITLE : SPITZNAGEL VS MATA ESQ

     FILING PARTY : SPITZNAGEL         JOHN      T    MULTI PARTY INDIC : N
                                                      MULTI TARGET INDIC: N

     DOCUMENT TYPE : MISC OTHER          DOCUMENT STATUS  : ACTIVE
     DATE FILED    : 10  31  2013        IMPOUND INDICATOR: NO
     NON-CONFORMING: NO                  NOTICE REQ IND   : NO


                                        DATE ENTERED : 10   31  2013
                                        LST MAINT DTE: 10   31  2013
```

Screen ID:CVM1002 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: HSXBPK Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 298





**ACMS Public Access: Misc Document Inquiry**

```
    VENUE       : OCEAN       COURT : LAW CVL      DOCKET # : L   003168  13
    CASE TITLE : SPITZNAGEL VS MATA ESQ

    FILING PARTY : SPITZNAGEL           JOHN      T     MULTI PARTY INDIC : N
                                                        MULTI TARGET INDIC: N

  DOCUMENT TYPE : AFFID DEL INQ         DOCUMENT STATUS  : ACTIVE
  DATE FILED    : 04  16  2014          IMPOUND INDICATOR: NO
  NON-CONFORMING: NO                    NOTICE REQ IND   : NO


                                        DATE ENTERED : 04  25  2014
                                        LST MAINT DTE: 04  25  2014
```

Screen ID:CVM1002 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: HSXBPK Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 297





**ACMS Public Access: Misc Document Inquiry**

```
        VENUE      : OCEAN       COURT : LAW CVL      DOCKET # : L   003168   13
        CASE TITLE : SPITZNAGEL VS MATA ESQ

    FILING PARTY : SPITZNAGEL          JOHN      T    MULTI PARTY INDIC : N
                                                      MULTI TARGET INDIC: N

    DOCUMENT TYPE : REQ DEFLT          DOCUMENT STATUS  : ACTIVE
    DATE FILED   : 04  16  2014        IMPOUND INDICATOR: NO
    NON-CONFORMING: NO                 NOTICE REQ IND   : NO


                                       DATE ENTERED : 04  25  2014
                                       LST MAINT DTE: 04  25  2014
```

Screen ID:CVM1002 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: HSXBPK Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 298



**nj COURTS PUBLIC ACCESS**

**ACMS Public Access: Misc Document Inquiry**



```
     VENUE      : OCEAN       COURT : LAW CVL      DOCKET # : L    003168   13
     CASE TITLE : SPITZNAGEL VS MATA ESQ

   FILING PARTY : SPITZNAGEL          JOHN      T    MULTI PARTY INDIC : N
                                                     MULTI TARGET INDIC: N

  DOCUMENT TYPE : MISC OTHER          DOCUMENT STATUS  : ACTIVE
  DATE FILED    : 05  07  2014        IMPOUND INDICATOR: NO
  NON-CONFORMING: NO                  NOTICE REQ IND   : NO


                                      DATE ENTERED : 05  12  2014
                                      LST MAINT DTE: 05  12  2014
```

# EXHIBIT "F"

A copy all of the process and pleadings received by
Defendant to date in this action as required by
28 U.S.C. §§ 1446(a). These pleadings include:

(i)     the Summons and Complaint, and

(ii)     (ii) Request to Enter Default.

# EXHIBIT "A"

Travis County, Texas Central Appraisal District
records reflecting ownership by Mario A. Mata of
Residence in Travis County, Texas

# Travis CAD

## Property Search Results > 107371 MATA MARIO A & LILY C for Year 2014

### Property

#### Account

| | | | |
|---|---|---|---|
| Property ID: | 107371 | Legal Description: | ABS 14 SUR 21 HILL H P ACR .568 |
| Geographic ID: | 0109090603 | Agent Code: | |
| Type: | Real | | |
| Property Use Code: | | | |
| Property Use Description: | | | |

#### Location

| | | | |
|---|---|---|---|
| Address: | 2804 HUBBARD CIR TX 78746 | Mapsco: | 584N |
| Neighborhood: | M5000 | Map ID: | 011018 |
| Neighborhood CD: | M5000 | | |

#### Owner

| | | | |
|---|---|---|---|
| Name: | MATA MARIO A & LILY C | Owner ID: | 106290 |
| Mailing Address: | | % Ownership: | 100.0000000000% |
| | 2804 HUBBARD CIR | | |
| | AUSTIN , TX 78746-5619 | | |
| | | Exemptions: | HS |

# EXHIBIT "B"

Travis County, Texas Central Appraisal District
records reflecting Map of Property owned by Mario
A. Mata as his residence in Travis County, Texas



## Travis CAD - Map of Property ID 107371 for Year 2014

## Property Details

### Account

Property ID: 107371
Geo ID: 0109090603
Type: Real
Legal Description: ABS 14 SUR 21 HILL H P ACR .568

### Location

Situs Address: 2804 HUBBARD CIR TX 78746
Neighborhood: M5000
Mapsco: 584N
Jurisdictions: 0A, 03, 08, 11, 2J, 39

### Owner

Owner Name: MATA MARIO A & LILY C
Mailing Address: , 2804 HUBBARD CIR, , AUSTIN, TX 78746-5619

### Property

Appraised Value: $833,350.00

http://propaccess.traviscad.org/Map/View/Map/1/107371/2014

**PropertyACCESS**
powered by:
www.trueautomation.com

Map Disclaimer: This tax map was compiled solely for the use of TCAD. Areas depicted by these digital products are approximate, and are not necessarily accurate to mapping, surveying or engineering standards. Conclusions drawn from this information are the responsibility of the user. The TCAD makes no claims, promises or guarantees about the accuracy, completeness or adequacy of this information and expressly disclaims liability for any errors or omissions. The mapped data does not constitute a legal document.

# EXHIBIT "C"

Official Travis County, Texas records reflecting
Voter Registration Information for Mario A. Mata in
Travis County, Texas



Home     Search     Site Map     Contact Us

PROPERTIES     VOTERS     VEHICLES     QUESTIONS     NEWS     PREFERENCES

# VOTER VERIFICATION

New Voter Search  |  Search Results

Voter Registration
Voter Information
Jurisdictions + Maps
Voter Statistics
Volunteer Registrar
Voter Forms

## Voter Registration Information

| Voter Information | | Voter Districts | |
|---|---|---|---|
| **Voter Unique Identification:** | 1139985514 | **Congressional:** | G25 |
| | | **Senatorial:** | N14 |
| **Name:** | MARIO A MATA | **Legislative:** | L48 |
| **Effective Date of Registration:** | 02/03/1984 | **Commissioner:** | P03 |
| **Residence Address:** | 2804 HUBBARD CIR AUSTIN, TX 78746-0000 | **Edwards Aquifer Single Member District:** | Q05 |
| | | **Justice of the Peace:** | J03 |
| **Mailing Address:** | 2804 HUBBARD CIR AUSTIN, TX 78746-0000 | **School District:** | S04 |
| | | **Municipal Utility District:** | |
| **Precinct:** | 307 | **Emergency Services District:** | E09 |
| | | **Edwards Aquifer:** | Q00 |
| | | **School Single Member District:** | |
| | | **City:** | C05 |
| | | **Capitol Metro:** | |
| | | **Library District:** | L01 |
| | | **State Board of Education:** | B05 |



VOTER SEARCH



VOTER QUESTIONS



VOTER LINKS



VOTER CONTACT

©2004 Easy Access, Inc - All Rights Reserved

# EXHIBIT "D"

Page 1 of Voluntary Petition for Bankruptcy filed by
John T. Spitznagel on July 13, 2012 in the

United States Bankruptcy Court

District of New Jersey

B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spitznagel, John T.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):   **xxx-xx-6724** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**419 Tidal Drive**<br>**Beach Haven (Loveladies), NJ**    ZIP CODE **08008-0000** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: **Ocean** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached

- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

# EXHIBIT "E"

Unofficial Internet Copy of the Ocean County
Clerk's Docket Sheet reflecting the name of the
documents filed by Plaintiff in removed state case
Docket L3168-13 through this date.



**COURTS PUBLIC ACCESS**

ACMS Public Access: Case Document List





**Page: 1**

END OF LIST

| | VENUE | | | : OCEAN | COURT : LAW CVL | DOCKET #: L   003168   13 | |
| CASE TITLE : SPITZNAGEL VS MATA ESQ |

| SEL | DATE FILED | | | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 10 | 28 | 2013 | 001 | COMP JRY DEMAND | | SPITZNAGEL | OUDA | | N |
| ○ | 10 | 31 | 2013 | 002 | MISC OTHER | | SPITZNAGEL | OUDA | | N |
| ○ | 04 | 16 | 2014 | 003 | AFFID DEL INQ | | SPITZNAGEL | OUDA | | N |
| ○ | 04 | 16 | 2014 | 004 | REQ DEFLT | | SPITZNAGEL | OUDA | | N |
| ○ | 05 | 07 | 2014 | 005 | MISC OTHER | | SPITZNAGEL | OUDA | | N |

Screen ID:CVM1023 Copyrighted © 2012 - New Jersey Judiciary
Session ID: HSXBPK Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 293



**ACMS Public Access: Document Detail**







```
 VENUE      : OCEAN      COURT : LAW CVL      DOCKET # : L   003168  13
 CASE TITLE : SPITZNAGEL VS MATA ESQ

 FILING PARTY : SPITZNAGEL        JOHN      T    MULTI-PARTY FILING : N
 ATTORNEY ID  : 0049742090  NAME : OUDA           PETER      A

 TARGET PARTY : MATA ESQ          MARIO     A   MULTI-PARTY TARGET : N

 DOCUMENT TYPE : COMP JRY DEMAND       DOCUMENT STATUS  : A
 DATE FILED    : 10  28  2013          IMPOUND IND      :
 PROOF/SERV DATE: 00  00  0000         NOTICE REQUEST IND: Y
                                       NON-CONFORMING   :

                                       DATE ENTERED  :  10  30  2013
                                       DTE LST MAINT :  00  00  0000
```

Screen ID:CVM1013 Copyrighted © 2012 - New Jersey Judiciary
Session ID: HSXBPK Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 296



### COURTS PUBLIC ACCESS

**ACMS Public Access: Misc Document Inquiry**





```
     VENUE      : OCEAN        COURT : LAW CVL      DOCKET # : L   003168  13
     CASE TITLE : SPITZNAGEL VS MATA ESQ

     FILING PARTY : SPITZNAGEL          JOHN       T    MULTI PARTY INDIC : N
                                                        MULTI TARGET INDIC: N


   DOCUMENT TYPE : MISC OTHER          DOCUMENT STATUS  : ACTIVE
   DATE FILED    : 10  31  2013        IMPOUND INDICATOR: NO
   NON-CONFORMING: NO                  NOTICE REQ IND   : NO


                                       DATE ENTERED : 10  31  2013
                                       LST MAINT DTE: 10  31  2013
```

Screen ID:CVM1002 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: HSXBPK Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 298



**ACMS Public Access: Misc Document Inquiry**







```
VENUE      : OCEAN        COURT : LAW CVL      DOCKET # : L   003168  13
CASE TITLE : SPITZNAGEL VS MATA ESQ

FILING PARTY : SPITZNAGEL        JOHN     T     MULTI PARTY INDIC : N
                                               MULTI TARGET INDIC: N
```

```
DOCUMENT TYPE : AFFID DEL INQ       DOCUMENT STATUS   : ACTIVE
DATE FILED    : 04  16  2014        IMPOUND INDICATOR: NO
NON-CONFORMING: NO                  NOTICE REQ IND    : NO

                                    DATE ENTERED : 04  25  2014
                                    LST MAINT DTE: 04  25  2014
```



**COURTS PUBLIC ACCESS**

**ACMS Public Access: Misc Document Inquiry**





```
VENUE       : OCEAN       COURT : LAW CVL      DOCKET # : L   003168  13
CASE TITLE : SPITZNAGEL VS MATA ESQ

FILING PARTY : SPITZNAGEL          JOHN      T    MULTI PARTY INDIC : N
                                                 MULTI TARGET INDIC: N


DOCUMENT TYPE : REQ DEFLT           DOCUMENT STATUS  : ACTIVE
DATE FILED    : 04  16  2014        IMPOUND INDICATOR: NO
NON-CONFORMING: NO                  NOTICE REQ IND   : NO


                                    DATE ENTERED : 04  25  2014
                                    LST MAINT DTE: 04  25  2014
```

Screen ID:CVM1002 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: HSXBPK Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 298





**ACMS Public Access: Misc Document Inquiry**





```
VENUE       : OCEAN      COURT : LAW CVL       DOCKET # : L  003168  13
CASE TITLE : SPITZNAGEL VS MATA ESQ

FILING PARTY : SPITZNAGEL          JOHN      T   MULTI PARTY INDIC : N
                                                 MULTI TARGET INDIC: N


DOCUMENT TYPE : MISC OTHER         DOCUMENT STATUS  : ACTIVE
DATE FILED     : 05  07  2014      IMPOUND INDICATOR: NO
NON-CONFORMING: NO                 NOTICE REQ IND   : NO


                                   DATE ENTERED : 05  12  2014
                                   LST MAINT DTE: 05  12  2014
```

Screen ID:CVM1002 Copyrighted © 2012 - New Jersey Judiciary
Session ID: HSXBPK Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 289

# EXHIBIT "F"

A copy all of the process and pleadings received by Defendant to date in this action as required by 28 U.S.C. §§ 1446(a). These pleadings include:

    (i)     the Summons and Complaint, and
      (ii)    (ii) Request to Enter Default.



PETER A. OUDA, LLC
**Attorney at Law**
**19 North Bridge Street**
**Somerville, New Jersey 08876**
**Tel. (908) 927-9909**
**Fax ( 908) 927-9907**
**Attorney for Plaintiff**
**011861990**

|   |   |
|---|---|
| Plaintiff | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION – OCEAN COUNTY<br>: Docket 003168-13 |
| JOHN T. SPITZNAGEL | :<br>: Civil Action |
| V | : **PROOF OF SERVICE/**<br>**Affidavit of Diligent inquiry** |
| MARIO A. MATA, ESQ | : |
| Defendant | : |

I , Peter A. Ouda being of full age, being duly sworn upon my oath states  the following:

1., This office represents the Plaintiff. The defendant is a Texas lawyer. I found his address of his

office that I found on the internet. I confirmed his address with the Texas State Bar. That

address is a hotel room. Guaranteed subpoena tried to serve him and were unsuccessful in

many attempts. I found his home address I attempted to have him served at that location.

The process servers were unsuccessful at that location as well. I have enclosed all the

attempts to serve this lawyer. ( EXH A)

After all of these attempts, I served him via certified mail as per R. 4: 4 (b)1(C). He signed the

green card and I attach same as exhibit B. I would ask that default be entered against him.

1

I have clearly satisfied my requirements under the rule to serve him by certified and regular mail.

_____

Signed and Sworn to me this/✓ day of April 2014

_William N Senger_

William Senger

Attorney at law

State of New Jersey

# Peter A. Ouda, LLC

### Attorney at Law

19 North Bridge Street
Somerville, New Jersey 08876

Tel: (908) 927-9909
Fax: (908) 927-9907
e-mail: peteroudalaw@aol.com

Regular and certified
Mario A. Mata, Esq.
500 East 4th St.
Suite 353
Austin Texas 78701

February 10, 2014

Regular and certified
Mario A. Mata
2804 Hubbard Circle
Austin Texas 78746-5619

Dear Mr. Mata:

I enclose a summons and complaint in this matter, which I serve on you, pursuant to R 4: 4-4(b)(1)(C).

Thank you

Peter Ouda

**SUMMONS**

Attorney(s) PETER A. OUDA, LLC

Office Address 19 NORTH BRIDGE ST

Town, State, Zip Code SOMERVILLE NJ

Telephone Number (908) 927-9909

Attorney(s) for Plaintiff

JOHN SPITZNAGEL

Plaintiff(s)

Vs.

MARIO A. MATA

Defendant(s)

**Superior Court of**
**New Jersey**

OCEAN                COUNTY

LAW                    DIVISION

Docket No: OCN- L 03168-13

**CIVIL ACTION**
**SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153 deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153 deptyclerklawref.pdf.

S/ _Michelle Smith_

Clerk of the Superior Court

DATED: 02/10/2014

Name of Defendant to Be Served: MARIO MATA

Address of Defendant to Be Served: 500 East 4th ST. Austin 78701

Revised 09/04/2012, CN 10792-English (Appendix XII-A)

**SUMMONS**

Attorney(s) PETER A. OUDA

Office Address 19 NORTH BRIDGE ST.

Town, State, Zip Code Somerville NJ 08876

Telephone Number  (908) 927-9909

Attorney(s) for Plaintiff

JOHN SPITZNAGEL

Plaintiff(s)

Vs:

MARIO A. MATA, ESQ.

Defendant(s)

## Superior Court of New Jersey

OCEAN _____ COUNTY

Law Div _____ DIVISION

Docket No: OCN  L 03168-13

## CIVIL ACTION
## SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153 deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153 deptyclerklawref.pdf.

/s/ Michelle M Smith, Esq.
Clerk of the Superior Court

DATED: ~~12/10/2013~~ 2/7/2014

Name of Defendant to Be Served: Mario Mata

Address of Defendant to Be Served: 100 Congress Ave Austin Texas

2804 Hubbard Cir
Austn texas 78701

Revised 09/04/2012, CN 10792-English (Appendix XII-A)



PETER A. OUDA, LLC
Attorney at Law
19 North Bridge Street
Somerville, New Jersey 08876
Tel. (908) 927-9909
Fax ( 908) 927-9907
Attorney for Plaintiff
011861990

:  SUPERIOR COURT OF NEW JERSEY
         :  LAW DIVISION – OCEAN COUNTY
Plaintiff      :  Docket

JOHN T. SPITZNAGEL :  Civil Action   *L 316 8 - 13*

V        :  **COMPLAINT, JURY DEMAND,**

MARIO A. MATA, ESQ :

        :
Defendant    :

Plaintiff, by way of complaint against the defendant, hereby states the following:

1. Plaintiff is a resident of Ocean County, New Jersey.

2. Defendant is an attorney at law, who is admitted to practice law in Texas.

3. At all relevant times, the defendant held himself out to the public as a specialist in Wills and Trusts and related issues. As such, he was or should have been familiar with the standard of care related to those areas of the law.

4. The defendant was retained in or about 2009 regarding the formation of John T. Spitznagel Family Trust. ( hereinafter Trust). Defendant maintained an ongoing relationship which included the following: i) insuring that the Trust complied with all tax filings and information filings required under U.S. laws: ii) serving as intermediary to deal with the trustee and trust protector whenever issues arose regarding ongoing

*1*

administrations of the Trust; iii) and provide legal and tax advice regarding the Trust on an ongoing basis.   The defendant held himself out as being fully capable of such tasks and never once limited the scope of his representation in any way.

5.   The trustee under the Trust was Asiaciti Trust and the Trust Protector was Vanguard Protector Services.

6.   During the representation of the Trust, the defendant also served as counsel to Asiaciti Trust, which fact was never disclosed to the Plaintiff herein. Defendant owed a duty to the Plaintiff to make such disclosures to the Plaintiff and obtain all necessary waivers from the Plaintiff. This did not occur and defendant's representation of the Plaintiff was tainted because of that dual representation.

7.   During the time that the Trust was being administered, defendant was very unresponsive and routine tasks were inordinately delayed for no justifiable reason. Additionally, everything was required to pass through him. All requests for distribution went through him.   Change of custodian also had to go through him. He made dealings with the trustee inordinately difficult and time consuming. Plaintiff had to seek the advice of another attorney and Eric Kaufman, his financial advisor. Defendant's lack of communication and failure to respond in a timely manner caused financial damages to the Plaintiff.

8.   Plaintiff sought bankruptcy protection and retained the Cole Schotz firm to represent his interests. Cole Schotz negotiated a settlement with three major creditors. The settlement required Plaintiff to pay 5.75 million dollars from the Trust.

9.   Royal Bank of Canada (RBC) served as the custodian for a portion of the assets held in the Trust. Contrary to his legal and ethical duty, Defendant breached his duty of confidentiality an inappropriately made disclosures to RBC regarding the Plaintiff's legal

proceedings and regarding the Trust. As a result of these disclosures by defendant, RBC froze the entire custodial account and required a court order or complete indemnification before releasing any money.

10. Because of this unauthorized communication by the defendant, Plaintiff incurred additional legal fees and expenses in the amount of approximately $80,000 which never should have been incurred and would not have been incurred had the defendant followed the instruction of his client, the Plaintiff herein.

11. Defendant also incurred needless and excessive accounting fees from Milan & Company for the preparation of the 2011 Trust tax returns and information returns. The excessive fees were a product of misinformation provided by the defendant.  Plaintiff retained new accountants who charged $5000.00 for the exact same tasks charged by Milan & Company.  The fees charged by Milan was $18,000.00

## COUNT ONE ( LEGAL MALPRACTICE)

1.  Plaintiff repeats and realleges the allegations above as if set forth at length herein.

2.  The defendant, as an attorney at law, had the duty and obligation to conform to the standard of reasonable care required by attorneys in the same or similar circumstances.

3.  The defendant breached the standard of care by not communicating with his client on a prompt and regular basis. The defendant also breached the standard of care by not disclosing a dual representation that required such disclosure.

4.  The defendant failed to follow specific instructions from his client and made unauthorized disclosures to RBC which caused needless expense and delay.

5.  The defendant gave erroneous information to Milan & Company which also caused needless expense to the Plaintiff.

6.  As a proximate cause thereof, the Plaintiff suffered damages.

7. Plaintiff was also charged a substantial legal fee by the defendant exceeding $100,000. All fees paid to the defendant are excessive and unreasonable given the negligence, delay and unresponsiveness of defendant which caused the Plaintiff extensive damages.

WHEREFORE, Plaintiff demands judgment for compensatory damages, attorneys fees, return of legal fees paid to the defendant and all other relief that the court deems just and proper

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Peter A. Ouda is hereby designated as trial counsel in the within action.

Dated:

PETER A. OUDA
Attorney for Plaintiff

## CERTIFICATION PURSUANT TO RULE 4:5-1

I hereby certify that to the best of my knowledge this matter is not the subject of any other action pending in any court or arbitration proceeding. I further certify that to the best of my knowledge, there are no other parties than those named in this matter that should be joined in this action.

Dated:

PETER A. OUDA
Attorney for Plaintiff

4

OCEAN COUNTY SUPERIOR COURT
OCEAN COUNTY COURTHOUSE
CIVIL LAW DIVISION
TOMS RIVER     NJ 08754
                                TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 929-2016
COURT HOURS

                    DATE:    OCTOBER 30, 2013
                    RE:      SPITZNAGEL VS MATA ESQ
                    DOCKET: OCN L -003168 13

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

     DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON MARK A. TRONCONE

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT:  (732) 929-4771 EXT 4771.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:
                              ATT: PETER A. OUDA
                              PETER A. OUDA
                              19 NORTH BRIDGE ST
                              SOMERVILLE     NJ 08876

JUAMH6

Appendix XII-B1



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

| | |
|---|---|
| **FOR USE BY CLERK'S OFFICE ONLY** | |
| PAYMENT TYPE: ☐CK ☐CG ☐CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME<br>Peter Ouda | TELEPHONE NUMBER<br>(908) 927-9909 | COUNTY OF VENUE<br>Ocean |
|---|---|---|
| FIRM NAME (if applicable)<br>Peter A. Ouda, LLC | | DOCKET NUMBER (when available)<br>23168-13 |
| OFFICE ADDRESS<br>19 North Bridge St. Somerville NJ. | | DOCUMENT TYPE<br>Complaint |
| | | JURY DEMAND  ☒ YES  ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>John Sptiznagel | CAPTION<br>John SPtiznagel v Mario Mata |
|---|---|

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>607 | HURRICANE SANDY<br>RELATED?<br>☐ YES  ☒ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☒ YES  ☐ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53A -27 AND APPLICABLE CASE LAW<br>REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ Yes  ☒ No | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ Yes  ☒ No | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>☒ UNKNOWN |

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR<br>RECURRENT RELATIONSHIP?<br>☐ Yes  ☐ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE<br>☐ FAMILIAL | ☐ FRIEND/NEIGHBOR  ☒ OTHER (explain)<br>☐ BUSINESS |
|---|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ☒ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR
ACCELERATED DISPOSITION

RECEIVED

OCT 28 2013

SUPERIOR CT, OCEAN

| ☐ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ Yes  ☒ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ Yes  ☒ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be
redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

*Effective 08-19-2013, CN 10517-English*



# OUT OF STATE

**20131231105826**

| | |
|---|---|
| DOCS: | SUMMONS, COMPLAINT, JURY DEMAND, CIS, TRACK ASSIGNMENT NOTICE |
| SERVICE: | |
| ENTITY: | MARIO MATA |
| ADDRESS: | 500 EAST 4TH STREET  STE. 353  AUSTIN TX 78701  SERVING: HOME |

| | | | | |
|---|---|---|---|---|
| PLAINTIFF: | JOHN T. SPITZNAGEL | | | |
| DEFENDANT: | MARIO A. MATA, ESQ. | | | |
| DOCKET#: | OCN L 3168 13 | VENUE:  OCEAN | CLAIM#: | |

| | | | |
|---|---|---|---|
| DUE DATE: 01/07/2014  COURT DATE: | CANCEL DATE: | ATTACHED CHECK: | FOR: |
| PICKUP: | | | |

# Due: 01/07/2014

**INSTRUCTIONS FROM CSR Yania Carmona:**
PLEASE SERVE BY DUE DATE AND RETURN PROOF OF SERVICE TO GSS. PLEASE BE
SURE TO SERVE PAPERS ACCORDING TO RULES OF WHERE PAPER IS VENUED. IF
SERVING AN INDIV. AT HOME YOU MAY SUBSERVE ON ANYONE OVER THE AGE OF 14,
SERVING AN INDIV. AT WORK - PERSONAL DELIVERY ONLY, IF SERVING A REGISTERED
AGENT YOU MUST SERVE BY PERSONAL DELIVERY ONLY, ALL RULES APPLY UNLESS
OTHERWISE INSTRUCTED, QUESTIONS CONTACT GSS TO ADVISE. THANKS !!

MSG Sent From Stephany Guasp on 1/9/2014 11:47:20 AM To MIKE@AUSTINPROCESS.COM
[MSG : need a status update please]
MSG Sent From Stephany Guasp on 1/16/2014 3:20:49 PM To MIKE@AUSTINPROCESS.COM
[MSG : THIS IS MY SECOND STATUS REQUEST]

We closed this out and sent you a non service affidavit on 1/6/2014

This is the Hilton hotel. First off they do not have such a room number and the Hilton
residences have an address of 555 with no such room number. They did a name search
throughout the hotel with no such name.

**NOTES FOR FIRM:** INFO VERIFIED 8/6/07 MH

## SPARTAN REPORT

February 7, 2014

MARIO A MATA
Gender - Male
PO BOX 160697
AUSTIN, TX 78716-0697
SSN - 458-04-xxxx
LexID - 1630511456
DOB/Age - 03/13/1954 (59)
Dates - Aug 2010 - Mar 2012
Phones - 214-800-2363 - CST

MARIO A MATA
2804 HUBBARD CIR
AUSTIN, TX 78746-5619
SSN - 458-04-xxxx
LexID - 1630511456
DOB/Age - 03/13/1954 (59)
Dates - Aug 1991 - Feb 2014

1

English ⌄  Customer Service  USPS Mobile                                      Register / Sign In ⌄

**USPS.COM**                                   Search USPS.com or Track Package 🔍

Quick Tools                    Ship a Package⌄    Send Mail⌄    Manage Your Mail⌄    Shop ⌄    Business Solutions
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup          # USPS Tracking™                        ✉  Customer Service ›
Calculate a Price                                                         Have questions? We're here to help.
Look Up a ZIP Code
Hold Mail
Change of Address

Tracking Number: 70133020000109422923

[████████▶  ████████▶  ████████▶  ✓]  DELIVERED

Expected Delivery Day: **Tuesday, April 22, 2014**

## Product & Tracking Information                    ## Available Actions

Postal Product:            Features:                     USPS Text Tracking™                    ⊝
First-Class Mail®          Certified Mail™   Return Receipt
                                                         Email Updates                         ⊝

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 21, 2014 , 3:10 pm | Delivered | AUSTIN, TX 78746 |
| April 21, 2014 , 8:53 am | Out for Delivery | AUSTIN, TX 78704 |
| April 21, 2014 , 8:43 am | Sorting Complete | AUSTIN, TX 78704 |
| April 21, 2014 , 7:46 am | Arrival at Unit | AUSTIN, TX 78704 |
| April 20, 2014 , 10:20 pm | Processed through USPS Sort Facility | AUSTIN, TX 78710 |
| April 20, 2014 | Depart USPS Sort Facility | KEARNY, NJ 07099 |
| April 20, 2014 , 12:01 am | Processed at USPS Origin Sort Facility | KEARNY, NJ 07099 |
| April 19, 2014 , 2:46 pm | Dispatched to Sort Facility | SOMERVILLE, NJ 08876 |
| April 19, 2014 , 1:05 pm | Acceptance | SOMERVILLE, NJ 08876 |

## Track Another Package
**What's your tracking (or receipt) number?**

[                              ]   Track It

**LEGAL**                    **ON USPS.COM**              **ON ABOUT.USPS.COM**        **OTHER USPS SITES**
Privacy Policy ›             Government Services ›        About USPS Home ›            Business Customer Gateway ›
Terms of Use ›               Buy Stamps & Shop ›         Newsroom ›                   Postal Inspectors ›
FOIA ›                       Print a Label with Postage ›  USPS Service Alerts ›        Inspector General ›
No FEAR Act EEO Data ›       Customer Service ›          Forms & Publications ›        Postal Explorer ›

**Peter A. Ouda, LLC**
Attorney at Law
19 North Bridge Street
Somerville, New Jersey 08876



CERTIFIED MAIL™

7013 3020 0001 0942 2923



U.S. POSTAGE
PAID
SOMERVILLE, NJ
08876
APR 19 14
AMOUNT

**$7.40**

00025809-01

1000            78746

RETURN RECEIPT
REQUESTED

MARIO MATA
2804 Hubbard Circle
Austin Texas 78746-5619

# DOCUMENT DIVIDER

## This page is intentionally Blank and has been inserted here to separate the preceding and subsequent document.

# Peter A. Ouda, LLC

### Attorney at Law

19 North Bridge Street
Somerville, New Jersey 08876

Tel: (908) 927-9909
Fax: (908) 927-9907
e-mail: peteroudalaw@aol.com



RECEIVED
APR 2 1 2014
BY: L Cm

Regular and certified          April  14, 2014        Regular and certified
Mario A. Mata, Esq.                                    Mario A. Mata
500 East 4th St.                                       2804 Hubbard Circle
Suite 353                                              Austin Texas 78746-5619
Austin Texas 78701

Dear Mr. Mata:

I enclose the proof of service/affidavit of diligent inquiry. And request to enter default.



Thank you

Peter Ouda

# Peter A. Ouda, LLC

### Attorney at Law

19 North Bridge Street
Somerville, New Jersey 08876

Tel: (908) 927-9909
Fax: (908) 927-9907
e-mail: peteroudalaw@aol.com

April 9, 2014

Ocean County Courthouse

120 Hooper Ave

Box 2191

Toms River, NJ  08754

### RE: Spitznagel v Mata

Dear Sir/Madam:

I enclose a proof of service,   Affidavit of diligent inquiry and request to enter default.

Thank you

Peter Ouda

cc. Mario Mata, via certified and regular mail

PETER A. OUDA, LLC
**Attorney at Law**
**19 North Bridge Street**
**Somerville, New Jersey 08876**
**Tel. (908) 927-9909**
**Fax ( 908) 927-9907**
**Attorney for Plaintiff**
**011861990**

|  |  |
|---|---|
| Plaintiff | : SUPERIOR COURT OF NEW JERSEY |
|  | : LAW DIVISION – OCEAN COUNTY |
|  | : Docket 003168-13 |
| JOHN T. SPITZNAGEL | : |
|  | : Civil Action |
| V | : REQUEST TO ENTER DEFAULT |
| MARIO A. MATA, ESQ | : |
| Defendant | : |

To: Clerk of Ocean County Superior Court

Plaintiff requests that the clerk enter default against Mario Mata, Esq. for his failure to answer or otherwise plead. We refer the clerk to the accompanying proof of service and affidavit of diligent inquiry.

Peter A. Ouda

1

# DOCUMENT DIVIDER

## This page is intentionally Blank and has been inserted here to separate the preceding and subsequent document.

# Peter A. Ouda, LLC

### Attorney at Law

19 North Bridge Street
Somerville, New Jersey 08876

Tel: (908) 927-9909
Fax: (908) 927-9907
e-mail: peteroudalaw@aol.com



May 5, 2014

Ocean County Courthouse

120 Hooper Ave

Box 2191

Toms River, NJ  08754

### RE: Spitznagel v Mata

Dear Sir/Madam:

I enclose a motion of motion, certification, proposed form of default judgment and affidavit of non military service. A proof of service is enclosed.

Thank you



Peter Ouda

cc. Mario Mata, via certified and regular mail

Proof of Service

On May 5, 2014 I served the court via regular mail and I served the defendant via regular and certified mail.

I have served him at two addresses; 2804 Hubbard Circle, Austin Texas, 78746-5619 and 500 East 4th St. Suite 353 Austin Texas 78701.

I have no actual knowledge that defaulting defendant's address has changed.

I hereby certify that the statements are true and if they are false I am subject to punishment.

**PETER A. OUDA, LLC**
**Attorney at Law**
**19 North Bridge Street**
**Somerville, New Jersey 08876**
**Tel. (908) 927-9909**
**Fax ( 908) 927-9907**
**Attorney for Plaintiff**
**011861990**

|  |  |
|---|---|
| Plaintiff | : SUPERIOR COURT OF NEW JERSEY |
|  | : LAW DIVISION – OCEAN COUNTY |
|  | : Docket 003168-13 |
| JOHN T. SPITZNAGEL | : |
|  | : Civil Action |
| V | : ORDER ENTERING FINAL JUDGMENT BY DEFAULT |
| MARIO A. MATA, ESQ | : |
| Defendant | : |

THIS matter having come before the Court on the motion of the Plaintiff to enter final judgment by default and the court having considered the papers and any and all opposition thereto and for good cause shown: IT IS ON THIS        DAY OF    2014:

ORDERED:

1. That final judgment by default is hereby entered against the defendant as per R. 4: 43-2(b).

2. A copy of this order shall be served upon the defendant within        days hereof

1

**PETER A. OUDA, LLC**
**Attorney at Law**
**19 North Bridge Street**
**Somerville, New Jersey 08876**
**Tel. (908) 927-9909**
**Fax ( 908) 927-9907**
**Attorney for Plaintiff**
**011861990**

|  |  |
|---|---|
| Plaintiff | : SUPERIOR COURT OF NEW JERSEY |
|  | : LAW DIVISION – OCEAN COUNTY |
|  | : Docket 003168-13 |
| JOHN T. SPITZNAGEL | : |
|  | : Civil Action |
| V | : NOTICE OF MOTION TO ENTER FINAL |
|  | JUDGMENT BY DEFAULT, R. 4: 43-2(b). |
| MARIO A. MATA, ESQ | : |
| Defendant | : |
|  | : |

Please take Notice that on May 23, 2014 the Plaintiff shall move before the Superior court

Of New Jersey law Div, Ocean County for an Order entering final judgment by default, as per R.

4: 43-2(b). in Support of the motion, the Plaintiff shall rely on the certification of Counsel. A

proposed order is attached hereto:

Peter A. Ouda

1

**PETER A. OUDA, LLC**
**Attorney at Law**
**19 North Bridge Street**
**Somerville, New Jersey 08876**
**Tel. (908) 927-9909**
**Fax ( 908) 927-9907**
**Attorney for Plaintiff**
**011861990**

|  |  |
|---|---|
| Plaintiff | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION – OCEAN COUNTY<br>: Docket 003168-13 |
| JOHN T. SPITZNAGEL | : |
| | : Civil Action |
| V | : AFFIDAVIT OF NON MILITARY SERVICE |
| MARIO A. MATA, ESQ | : |
| Defendant | : |

I, Peter A Ouda, being duly sworn upon my oath states the following:

1. I am counsel to the Plaintiff and make this affidavit in support of the motion to enter default judgment.

2. Mr. Mata is an attorney at law of the state of New Jersey. He appears to be in his late 50's and when I recently checked with the Supreme court of Texas he is actively practicing law.

3. Also recently I served him the request to enter default and he personally signed for them.

4. I have made a request with the Service Centers Civil relief act and the results will be given to me shortly. I am certain that he is not in the military. I will update this affidavit when I receive word from them .

1

Therefore I would request that enter default judgment.

_____

William Senger, Esq,
Attorney At Law
State of NJ

PETER A. OUDA, LLC
**Attorney at Law**
**19 North Bridge Street**
**Somerville, New Jersey 08876**
**Tel. (908) 927-9909**
**Fax ( 908) 927-9907**
**Attorney for Plaintiff**
**011861990**

|  |  |
|---|---|
| Plaintiff | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION – OCEAN COUNTY<br>: Docket 003168-13 |
| JOHN T. SPITZNAGEL | : |
|  | : Civil Action |
| V | : CERTIFICATION |
| MARIO A. MATA, ESQ | :<br>: |
| Defendant | : |

I, Peter A Ouda, being of full age hereby certify to the following:

1. I am an attorney at law of the state of New Jersey and I make this certification in support

   of a motion to enter final judgment by default, pursuant to R. 4: 43-2(b). The defendant

   was duly served via certified mail, after the process server was unable to serve him at two

   of his addresses. After the expiration of the 35 days, I moved to enter default via regular

   and certified mal.(Exh A) The defendant signed for them at both addresses I have for

   him. (Exh B). I served the filed default via regular mail on May 5, 2014.(Exh C).

2. The defendant is clearly entitled to an entry of final judgment by default. 4:43-2(b). I

   would ask that the court enter judgment and thereafter schedule a proof hearing for a date

   not sooner than 30 days from the date of the order. The reason is that this is a legal

malpractice case and if, for some reason, that the defendant has malpractice insurance I want his carrier to appear.

3. I have separately provided an affidavit of no military service. I would ask that the motion be granted.

4. I hereby certify that the statements are true and if they are false I am subject to punishment.

2

# Peter A. Ouda, LLC

## Attorney at Law

19 North Bridge Street
Somerville, New Jersey 08876

Tel: (908) 927-9909
Fax: (908) 927-9907
e-mail: peteroudalaw@aol.com

Regular and certified
Mario A. Mata, Esq.
500 East 4th St.
Suite 353
Austin Texas 78701

April 14, 2014

Regular and certified
Mario A. Mata
2804 Hubbard Circle
Austin Texas 78746-5619

Dear Mr. Mata:

I enclose the proof of service/affidavit of diligent inquiry. And request to enter default.

Thank you

Peter Ouda

$XH A$

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARIO MATA
500 East 4th St
Suite 353
Austin Texas

2. Article Number (Transfer from service label) 7103 3020 0001 0942 2916
7013 3020 0001 0942 2916

PS Form 3811, July 2013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) FRANCISCO RODRIGUEZ

C. Date of Delivery 4-21-14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

GRB

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARIO MATA
2804 Hubbard Circle
Austin Texas
78746-5619

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery 4-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express℠
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7013 3020 0001 0942 2923

PS Form 3811, July 2013 Domestic Return Receipt

# Peter A. Ouda, LLC

### Attorney at Law

19 North Bridge Street
Somerville, New Jersey 08876

Tel: (908) 927-9909
Fax: (908) 927-9907
e-mail: peteroudalaw@aol.com

Regular mail
Mario A. Mata, Esq.
500 East 4th St.
Suite 353
Austin Texas 78701

May 5, 2014   Regular mail
Mario A. Mata
2804 Hubbard Circle
Austin Texas 78746-5619

Dear Mr. Mata:

I enclose a filed copy of the request to enter default

Thank you

Peter Ouda



**PETER A. OUDA, LLC**
**Attorney at Law**
**19 North Bridge Street**
**Somerville, New Jersey 08876**
**Tel. (908) 927-9909**
**Fax ( 908) 927-9907**
**Attorney for Plaintiff**
**011861990**

Filed and Default Entered
Office of the Superior Court Clerk
by Deputy Clerk of the Superior Court

| | |
|---|---|
| Plaintiff | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION – OCEAN COUNTY |
| | : Docket 003168-13 |
| JOHN T. SPITZNAGEL | : |
| | : Civil Action |
| V | : REQUEST TO ENTER DEFAULT |
| MARIO A. MATA, ESQ | : |
| Defendant | : |

**OCEAN COUNTY**

To: Clerk of Ocean County Superior Court

Plaintiff requests that the clerk enter default against Mario Mata, Esq. for his failure to

answer or otherwise plead. We refer the clerk to the accompanying proof of service and

affidavit of diligent inquiry.

Peter A. Ouda

1

EXHI C

**Peter A. Ouda, LLC**
Attorney at Law
19 North Bridge Street
Somerville, New Jersey 08876

RECEIVED
MAY 09 2014
BY:



MARIO ORTA
2804 Hubbard Circle
Austin Texas, 78746 - 5619